IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GRANT LONG**  PLAINTIFF

v.  **CASE NO. 2:19-CV-00061-LPR**

**DARREN D. SMITH, SR.; and**
**THE CITY OF FORREST CITY**  DEFENDANTS

## JUDGMENT

Pursuant to the Jury's Verdict (Doc. 115), the Court's rulings on Defendants' Motions for Judgment as a Matter of Law (made on the record during the trial), and the Court's Summary Judgment Order (Doc. 81), it is CONSIDERED, ORDERED, AND ADJUDGED that Judgment is entered in favor of Defendants on all claims brought by Grant Long.

IT IS SO ADJUDGED this 2nd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE